UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**F I L E D**

Feb 28 2025

Arthur Johnston, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

ROBERT DELOACH, # 2006080261                                      **PLAINTIFF**

VERSUS                                    **CIVIL ACTION NO. 2:24cv161-KS-MTP**

JONES COUNTY BOARD OF
COMMISSIONERS/SUPERVISORS and
JOE BERLIN                                                       **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.   Pursuant to

the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby,

**DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 28ᵗʰ day of Feb. , 2025.

UNITED STATES DISTRICT JUDGE